UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REVE BATLEY                                                                                        PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 4:08CV29 DPJ-JCS

MISSISSIPPI MARBLE & GRANITE INC.                                                   DEFENDANT

## ORDER

This case is before the Court, *sua sponte,* for consideration of transfer to the Hattiesburg Division. It appears that this action was inadvertently filed in the Southern District of Mississippi, Eastern Division, and the parties agree that a transfer is appropriate. It is, therefore, hereby ordered that the above case is transferred to the Southern District of Mississippi, Hattiesburg Division.

**SO ORDERED AND ADJUDGED** this the 3th day of September, 2008.

                                             s/ *Daniel P. Jordan III*
                                             UNITED STATES DISTRICT JUDGE